IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALFONSO LEWIS, | : | |
| --- | --- | --- |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 10-0079 |
| | : | |
| DAVID VARANO et al., | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 11th day of April, 2011, upon consideration of Petitioner's Petition and Amended Petition for Writ of Habeas Corpus *(Doc. Nos. 1, 13)*, Respondents' Responses *(Doc. Nos. 9, 14)*, Petitioner's Reply *(Doc. No. 15)*, and related documents, and after reviewing the Magistrate Judge's Report and Recommendation *(Doc. No. 17)*—to which no objections have been filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation *(Doc. No. 17)* is **APPROVED and ADOPTED**;

2. The Petition for Writ of Habeas Corpus *(Doc. No. 1)* and the Amended Petition *(Doc. No. 13)* are **DENIED and DISMISSED without an evidentiary hearing**;

3. There is no probable cause to issue a certificate of appealability; and

4. **THE WARDEN OF THE STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, PENNSYLVANIA, SHALL ENSURE THAT PETITIONER RECEIVES A COPY OF THIS ORDER.**

            **IT IS SO ORDERED.**

            /s/ Paul S. Diamond

            _____

            **PAUL S. DIAMOND, J.**